**BARNES v. STATE.**

No. 18502.

Court of Criminal Appeals of Texas.

June 10, 1936.

M. H. Gibson, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is forgery; penalty assessed at confinement in the penitentiary ·for two years.

The indictment appears regular. The evidence heard on the trial is not brought forward for review. Appellant entered a plea of guilty to the offense charged, and waived a jury upon the trial. No complaint of the procedure has been presented by bill of exception or otherwise.

The judgment is affirmed.